CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
12/4/00
MICHAEL N. MILBY, CLERK
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARL HENRY BLUE, <br> Petitioner, <br><br> V. <br><br> GARY L. JOHNSON, DIRECTOR, <br> TEXAS DEPARTMENT OF <br> CRIMINAL JUSTICE, <br> INSTITUTIONAL DIVISION, <br> Respondent. | § § § § § CIVIL ACTION NO. H-99-350 <br> § (District Judge Kenneth M. Hoyt) § § § § § § |

## ORDER AMENDING MEMORANDUM OPINION

On the motion of Respondent, the Memorandum Opinion and Order entered in this case (Docket Number 29) is AMENDED to reflect that the last two exchanges cited from the state court record set forth on page 16 were not elicited by the district attorney.

It is so ORDERED.

SIGNED on this the 4th day of December, 2000, at Houston, Texas.

_____
KENNETH M. HOYT
United States District Judge
Southern District of Texas